7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Gregory J. Woolf and Julie J. Woolf ––ABOVE MED–– <br> *Debtor* | *Bankruptcy Case No.* <br> 12–61422–abf13 |
| **Gregory J. Woolf** <br> **Julie J. Woolf** <br>      Plaintiff(s) | *Adversary Case No.* <br> 12–06066–abf |
| v. | |
| **Citifinancial Services Inc.** <br>      Defendant(s) | |

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered entered in accordance with Doc. No. 7, the Agreed Judgment Resolving the Complaint by Gregory J. Woolf, Julie J. Woolf against Citifinancial Services Inc., entered by the Court on 3/8/2013.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 3/8/13

Court to serve